Opinion issued January 11, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00525-CV






CLYDE ELECTRICAL & MECHANICAL, INC., A/K/A AND D/B/A
CLYDE ELECTRICAL & MECHANICAL, Appellant


V.


SIEMENS BUILDING TECHNOLOGIES, INC., Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 844199






MEMORANDUM OPINION Appellant Clyde Electrical & Mechanical, Inc., a/k/a and d/b/a Clyde Electrical
& Mechanical has failed to timely file a brief. See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief). After being notified that this appeal was subject to dismissal,
appellant did not adequately respond. See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.